IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

NOAH D. STIRN

_____/

INDICTMENT

3:24-cr-128/TKW

THE GRAND JURY CHARGES:

COUNT ONE

On or about September 5, 2022, in the Northern District of Florida and elsewhere, the defendant,

NOAH D. STIRN,

did knowingly cause to be delivered by the United States Postal Service, a communication to the Office of the Federal Public Defender for the Northern District of Florida, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "I am writing to inform your office building . . . that there is a live manufactured explosive consisting of urea nitrate inside of your suite. There is in addition, combustible liquid located inside a silver vehicle parked nearby in office parking. I am instructed to write this communication advising your federal office that al-Qaeda is inspiring

FILED USDC FLND PN
DEC 17 '24 PM3:32

Returned in open court pursuant to Rule 6(f)

12/17/24
Date

United States Magistrate Judge

and sponsoring this attack…"

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

On or about September 5, 2022, in the Northern District of Florida and elsewhere, the defendant,

## NOAH D. STIRN,

through the use of the mail, and in and affecting interstate or foreign commerce, did knowingly and willfully make a threat, concerning an attempt and alleged attempt, to kill, injure and intimidate any individual, and to damage and destroy a building, vehicle and other real and personal property by means of an explosive.

In violation of Title 18, United States Code, Section 844(e) and 2.

## COUNT THREE

On or about September 5, 2022, in the Northern District of Florida and elsewhere, the defendant,

## NOAH D. STIRN,

did knowingly cause to be delivered by the United States Postal Service, a communication to the Federal Clerk of Court's Office for the Northern District of Florida, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

"I am going to get out of this broken excuse for a state penal system

and kill as many people as I am able, then I am going to kill myself... I am going to kill the dis-honorable [Victim 1], tell her I have paid a sum of money to have her raped and executed. Dis-honorable [Victim 1] has 14 calender [sic] days, until 9-19-22. Death will come from where she least anticipates it...[Victim 2] is also on a kill-list..."

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

███████████████████
FOREPERSON

12/17/24
DATE

JASON R. COODY
United States Attorney

HARLEY W. FERGUSON
Assistant United States Attorney